IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES DOUGLAS GRIFFITH,
    Petitioner,

v.                                            Case No.:  3:11cv288/MCR/EMT

KENNETH S. TUCKER,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 5, 2012 (doc. 20).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been timely filed.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 6th day of August, 2012.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**